UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR HOLDING CORP.,

                Plaintiff,

– against –

SAMI OMAR,

                Defendants.

**ORDER**

19 Civ. 6360 (ER)

Ramos, D.J.:

    For the reasons stated on the record during today's show-cause hearing, the Clerk's Certificate of Default against Sami Omar, Doc. 15, is VACATED. Omar Holding Corp.'s motion for default judgment is DENIED in its entirety, and Sami Omar's cross-motion to vacate the default, Doc. 28, is GRANTED.

    The parties are directed to file a joint scheduling order by the close of business tomorrow, December 6, 2019. The scheduling order shall have discovery completed within six months. Sami Omar's answer to Omar Holding Corp.'s complaint, Doc. 8, is due by December 26, 2019. The Clerk of Court is respectfully directed to terminate the motion, Doc. 28, and vacate the certificate of default, Doc. 15.

It is SO ORDERED.

Dated:   December 5, 2019
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.