**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Philip J. Campisi, Jr., Esq.
Extension 406
pcampisi@westermanllp.com

February 3, 2025

**By ECF**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

    Re:    *Omar Holding Corp. v. Sami Omar*
              Civil Action No.: 19-6360-MMG (the "Action 1")

              *Omar v. Omar et al*
              Civil Action No.: 24-4758-MMG (the "Action 2")

Dear Judge Garnett:

       This firm represents Omar Holding Corp. ("OHC") in both of the above-referenced actions and Action 2 defendant New Life Holding Corp. I write jointly with counsel for all other parties and in accordance with Your Honor's directive to provide an updated status report of the above-referenced actions.

       Since the last update, counsel attended a hearing in the Dissolution Action before Justice Zugibe.[1] Unfortunately, the parties have not been able to reach a global settlement to date and, as a result, seek to move forward with the above-referenced actions. To this end, counsel for plaintiff Sami Omar in Action 2 has agreed, subject to Your Honor's approval, to set March 15, 2025 as the date for all defendants to answer or move in response to the Action 2 Complaint. The parties will file a stipulation for Your Honor's consideration this week.

       In light of the breakdown in settlement talks and the significant common issues in the two lawsuits, counsel for all parties are analyzing whether it would be appropriate to seek the Court's approval for consolidation. Given that counsel have not yet finalized this analysis, we respectfully request to report back to Your Honor by February 17, 2025 on whether there is consent for potential consolidation or, otherwise, to seek a conference before Your Honor.

---

[1] *In the Matter of Awad, et al., v. Omar Holding Corp., et al.*, Rockland County Supreme Court Index Number 30001/2020 (the "Dissolution Proceeding").

February 3, 2025
Page 2

      Your Honor's courtesies in considering this application are greatly appreciated.

                              Respectfully submitted,

                              */s/Philip J. Campisi, Jr.*
                              Philip J. Campisi, Jr.

cc:      Solomon Jaskiel, Esq. (by ECF)
         Donald Feerick, Esq. (by ECF & Email)

---

The stay in this case is LIFTED.  By **February 17, 2025**, the parties are directed to file a joint status letter setting out the following information in separate paragraphs:

1. A brief statement of the nature of the case and the principal defenses thereto, and the major legal and factual issues that are most important to resolving the case;

2. A detailed statement of any discovery that has already taken place (including, to the extent applicable, the volume of written and document discovery exchanged and the number of depositions taken by each party), and a detailed statement of what fact discovery remains;

3. A statement of the expected expert discovery, if any;

4. A statement regarding whether consolidation of this action with the related action, *Omar v. Omar et al.*, No. 24-cv-04758, is appropriate, including whether parties consent to consolidation of the actions.

Following receipt of this letter, the Court may schedule a conference in this action and the related action.

SO ORDERED.  Date 2/5/2025

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE