**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025

Philip J. Campisi, Jr., Esq.
Extension 406
pcampisi@westermanllp.com

February 20, 2025

**By ECF**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

    Re:    *Omar Holding Corp. v. Sami Omar*
            Civil Action No.: 19-6360-MMG (the "Action 1")

            *Omar v. Omar et al*
            Civil Action No.: 24-4758-MMG (the "Action 2")

Dear Judge Garnett:

    This firm represents Omar Holding Corp. ("OHC") in both of the above-referenced actions and Action 2 defendant New Life Holding Corp. I write with the consent of counsel to respectfully request a further short adjournment of the time to submit the status letter as directed by Your Honor.

    The parties were directed to provide a detailed joint status letter which sets out with specifics the nature and basis of the claims in the action, the defenses thereto (factually and legally), the status of discovery and the parties' position on consolidation. By letter dated February 17, 2025 (Dck. No. 110) filed by Mr. Jaskiel, counsel for Sami Omar, we requested a short extension to today to submit the letter. It is respectfully requested that the time to file the letter be further extended to Tuesday, February 25, 2025. The reason for this request for a further short adjournment is because I am away on a family vacation this week and given the detail being provided in the letter as it progresses, it requires my review of certain documents from the files which I do not have access to until my return to New York this weekend. Counsel have acted cooperatively and, as noted above, consent to this request.

    Your Honor's courtesies in considering this request are greatly appreciated.

                                      Respectfully submitted,

                                      */s/Philip J. Campisi, Jr.*
                                      Philip J. Campisi, Jr.

February 20, 2025
Page 2

cc: Solomon Jaskiel, Esq. (by ECF)
   Donald Feerick, Esq. (by ECF & Email)

> Request GRANTED. The deadline for the parties to file the joint status letter is extended until **February 25, 2025**.
>
> SO ORDERED. Dated February 21, 2025.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE